UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7752
(4:13-cr-00110-RGD-TEM-4)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KELVIN BROWN, a/k/a Doom

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the government's motion for an extension of time to file a petition for rehearing, the court grants the motion and extends the deadline for filing a petition for rehearing or rehearing en banc to October 13, 2023

    For the Court

    /s/ Nwamaka Anowi, Clerk